UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEDRA MERRIWEATHER,

    Plaintiff,

v.

UNITED STATES STEEL CORP.,

    Defendant.
_____/

Case Number 18-10664
Honorable David M. Lawson
Magistrate Judge Anthony P. Patti

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING THE COMPLAINT WITH PREJUDICE

Presently before the Court is the report issued on July 19, 2019 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b), recommending that the Court grant the defendant's motion for summary judgment and dismiss the complaint with prejudice. The Court previously granted the plaintiff's motion to extend the time for filing objections to the report, but the deadline for objecting now has long passed and the plaintiff has presented no opposition to the recommendation. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 44) is **ADOPTED**, the defendant's motion for summary judgment (ECF No. 31) is **GRANTED**, and the complaint is **DISMISSED WITH PREJUDICE**.

                                            s/David M. Lawson
                                            DAVID M. LAWSON
Date: August 28, 2019                       United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 28, 2019.

                                    s/Susan K. Pinkowski
                                    SUSAN K. PINKOWSKI